# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



15 JAN 27 AM 8:22

DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      vs.<br><br>JOSE ANTONIO DIAZ,<br><br>                Defendant. | CASE NO. 14CR3046-AJB-GT<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

    8:1326(a) and (b) - Attempted Reentry of Removed Aliens (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 01/23/15

ANTHONY J. BATTAGLIA
U.S. District Judge